## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO: 13- 00415  EAG |
| JOSE VEGA   ARROYO | |
| Debtor's | Chapter 13 |

## MOTION TO AMEND PLAN

TO THE HONORABLE COURT:

**COMES NOW, JOSE VEGA ARROYO ,** through the   undersigned  attorney and respectfully avers and prays:

1. The debtor is submitting an Amended Plan since the proposed plan is insuficienthly funded  to  pay 100% + legal interest at 4.25 .

**WHEREFORE**, the debtor  prays  that  the Amended plan dated 12/20/2013  be considered for confirmation.

**CERTIFICATE OF SERVICE**:  I hereby certify that on December 20 , 2013,  I electronically filed the present motion,  with  the  Clerk  of  the  Court  using the CM/ECF System which will send notification of such filing to the CMF/ECF participants and I hereby certify that I have mailed by United States Postal Service the present motion to the non CM/ECF participants as per the attached mailing list.

In Yauco, Puerto Rico this 20$^{sd}$ day of December  2013.

*/S/Nydia Gonzalez Ortiz*
**USDC-PR 124006**
**Attorney for Debtor**
**SANTIAGO & GONZALEZ**
11 Betances Street
Yauco, Puerto Rico 00698
Phones (787) 267-2205/2252
Fax: (787) 267-6211

13-00415-EAG13 JOSE RAMON VEGA ARROYO

Creditors

ALFREDO CANCEL IRIZARRY
PO BOX 427
LAJAS PR 00667
(3637500)
(cr)

AUTORIDAD DE ENERGIA ELECTRICA DE PR
PO BOX 363508
SAN JUAN PR 00936
(3637501)
(cr)

BANCO POPULAR
PO BOX 362708
SAN JUAN PR 00936 3228
(3637502)
(cr)

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818
(3661891)
(cr)

BUFETE SANTIAGO & GONZALEZ

11 CALLE BETANCES
YAUCO PR 00698
(3637499)
(cr)

DEPARTAMENTO DE HACIENDA
NEGOCIADO DE CONTRIBUCIONES DE COBRO
PO BOX 2520
TRUJILLO ALTO PR 00977 2520
(3637503)
(cr)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19154 0030
(3637504)
(cr)

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION SUITE 1504
235 AVE ARTERIAL HOSTOS
SAN JUAN PR 00918
(3637505)

(cr)
INTERNAL REVENUE SERVICES
PO BOX 16236
PHILADELPHIA PA 19114 0236
(3637506)
(cr)

IRS
INTERNAL REVENUE SERVICE
KANSAS CITY MO 64999 0202
(3637507)
(cr)

IRS MERCANTIL BUILDING
2 PONCE DE LEON AVENUE SUITE 1014
SAN JUAN PR 00918
(3637508)
(cr)

MONEY HOUSE PR COM
52 CALLE PASEO COVADONGA
PUERTA DE TIERRA
SAN JUAN PR 00901
(3637509)
(cr)

POPULAR AUTO

BANKRUPTCY DEPARTMENT

PO BOX 366818

SAN JUAN PUERTO RICO 00936-6818
(3661895)

(cr)

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                      Case No. **13-00415**

**VEGA ARROYO, JOSE RAMON**                         Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **12/20/2013**
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **410.00** x **17** = $ **6,970.00**
$ **610.00** x **18** = $ **10,980.00**
$ **960.00** x **25** = $ **24,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **41,950.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **41,950.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ JOSE RAMON VEGA ARROYO**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
     **MONEY HOUSEPR.C**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2) Treasury - _____
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
         ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**PAY 100% + 4.25 LEGAL INTEREST**

Attorney for Debtor **Bufete Santiago & Gonzalez** /s/ *Nydia Gonzalez Ortiz*    Phone: **(787) 267-2205**

CHAPTER 13 PAYMENT PLAN